PARIENTE, J.
We have for review the opinion in Harris v. State, 726 So.2d 330 (Fla. 5th DCA 1999), which certified conflict with the opinions in State v. Holland, 689 So.2d 1268 (Fla. 1st DCA 1997), State v. Perry, 716 So.2d 327 (Fla. 2d DCA 1998), State v. Wells, 23 Fla. L. Weekly D2000, — So.2d -, 1998 WL 1157374 (Fla. 2d DCA Aug. 26, 1998), and State v. Alleman, 744 So.2d 465 (Fla. 2d DCA 1998). We have jurisdiction. See art. V, § 3(b)(4), Fla. Const. For the reasons expressed in our opinion in Hayes v. State, 750 So.2d 1 (Fla.1999), the decision of the Fifth District is hereby quashed. We remand to the district court for proceedings consistent with this opinion.
It is so ordered.
HARDING, C.J., and SHAW, WELLS, ANSTEAD, LEWIS and QUINCE, JJ., concur.